DUSTIN L. CLARK
Nevada State Bar # 10548
Clark Law Counsel PLLC
5510 S. Fort Apache Road, Suite 50
Las Vegas, NV 89148
Phone: 702-540-9070
E-mail: dustin@clarklawcounsel.com
*Counsel for Defendant Western*
*Explosives Systems Company*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-cv-02473-GMN-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

In accordance with LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiffs, Trustees of the Operating Engineers Pension Trust; Trustees of the Operating Engineers Health and Welfare Fund; Trustees of the Operating Engineers Journeyman and Apprentice Training Trust; and Trustees of the Operating Engineers Vacation-Holiday Savings Trust ("Plaintiffs"), and Defendant, Western Explosives Systems Company ("Defendant"), hereby stipulate to extend the time to file their respective responses to the motions for summary judgment, ECF Nos. 17 and 18, *filed on August*

1

*18, 2017*. The responses to the motions for summary judgment were originally due to be filed by September 8, 2017. The parties respectfully request that the Court extend the response deadline by one week, up to and including **September 15, 2017**. This is the first request to extend time to respond to the motions for summary judgment.

Good cause exists to grant this stipulation because Defendant's legal counsel has recently become ill, and time is needed to allow for recovery from the illness and to finalize the response to Plaintiffs' motion for summary judgment. Accordingly, the parties hereby request that the Court grant this stipulation to extend the response deadline, by one week, up to and including September 15, 2017.

| | |
|---|---|
| DATED: September 8, 2017 | DATED: September 9, 2017 |
| Respectfully submitted, | Respectfully submitted, |
| CLARK LAW COUNSEL PLLC | LAQUER, URBAN, CLIFFORD & HODGE LLP |
| /s/ Dustin L. Clark<br>Dustin L. Clark<br>Nevada State Bar # 10548<br>5510 S. Fort Apache Road, Suite 30<br>Las Vegas, NV 89148<br>*Counsel for Defendant* | /s/ Nathan R. Ring<br>Nathan R. Ring<br>Nevada State Bar #12078<br>Sean W. McDonald<br>Nevada State Bar #12817<br>4270 South Decatur Blvd., Suite A-9<br>Las Vegas, NV 89103<br>*Counsel for Plaintiffs* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 19, 2017