**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael A. Urban, Nevada State Bar No. 3875
Nathan R. Ring, Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile:  (702) 968-8088
Electronic Mail: murban@luch.com; nring@luch.com
*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation,<br><br>Defendant. | CASE NO.: 2:16-cv-02473-GMN-CWH<br><br>**JOINT STIPULATION AND PROPOSED ORDER SETTING DEADLINES** |

Plaintiffs, TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS JOURNEYMAN AND APPRENTICE TRAINING TRUST; AND TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, by and through their counsel of record, Laquer, Urban, Clifford & Hodge, LLP, and Defendant, WESTERN EXPLOSIVES SYSTEMS COMPANY, a Delaware corporation ("WESCO"), by and through its

counsel of record, Clark Law Counsel, hereby jointly stipulate and propose as follows, subject to the approval of this Court:

(1) Defendant will produce to Plaintiffs on or before April 5, 2018 the list of documents and information counsel discussed and exchanged at their March 22, 2018 meet and confer;

(2) Plaintiffs' auditor, through Plaintiffs' counsel, will produce audit results on or before April 19, 2018 to Defendant, through its counsel;

(3) On or before May 3, 2018, the parties will file a second status report with the Court to discuss the need for an additional settlement conference;

(4) While the parties and their counsel work on production of the documents discussed at their meet and confer, the parties request the Court hold decision on Plaintiff's Motion for Order to Show Cause (ECF No. 27) in abeyance until at least May 17, 2018, which is two weeks after the parties are to file their second joint status report.

(5) In addition, the parties jointly request the Court permit Plaintiffs up and until May 10, 2018 to file their Reply in Support of their Motion for Order to Show Cause, which is currently due on March 26, 2018.

The parties, through their counsel, certify that this stipulation and proposed order thereon are filed in good faith and not filed for the purposes of delaying these proceedings in anyway.

**ORDER**

Based upon the joint stipulation of the parties and with good cause appearing, the parties' stipulation and requested deadlines are approved.

**IT IS SO ORDERED.**

Dated March 27, 2018

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted:

**LAQUER, URBAN, CLIFFORD & HODGE LLP**

*/s/ Nathan R. Ring*
Michael A. Urban, Esq., Nevada State Bar No. 3875
Nathan R. Ring, Esq., Nevada State Bar No. 12078
4270 South Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Fax: (702) 968-8088
Email: murban@luch.com; nring@luch.com
*Attorneys for Plaintiffs*

**CLARK LAW COUNSEL**

*/s/ Dustin L. Clark*
Dustin L. Clark, Esq., Nevada State Bar No. 10548
510 S. Fort Apache Rd, Ste. 30, Las Vegas, NV 89148
Telephone: (702) 540-9070
Email: dustin@clarklawcounsel.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby states that on this 26th day of March, 2018, she filed a true and correct copy of the above and foregoing, **JOINT STIPULATION AND PROPOSED ORDER SETTING DEADLINES**, through the Court's electronic CM/ ECF filing service, which will send notice and serve a copy of the above and foregoing document on all registered ECF participants in the case including the following:

Dustin Clark, Esq.
Clark Law Counsel
*Counsel for WESCO*

                                      */s/ April Denni*
                                      An employee of LAQUER, URBAN, CIFFORD & HODGE, LLP