# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JUDGMENT IN A CIVIL CASE

for Attorney Fees

Trustees of the Operating Engineers
Pension Trust, et al.

Plaintiffs,

v.                                    Case Number: 2:16-cv-02473-GMN-CWH

Western Explosives Systems Company

Defendant.

---

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that  Court awards fees in the amount of $70,936.00 and costs in the amount of $804.79 against Defendant.

3/12/19
_____
Date

DEBRA K. KEMPI
_____
Clerk



/s/ A. Reyes
_____
Deputy Clerk